UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY-ANN GSCHWEND, | No. C 12-2057 PJH |
|     Appellant, | **ORDER REFERRING CASE FOR RELATED CASE DETERMINATION** |
|     v. | |
| BARBARA G. MARKUS, | |
|     Appellee. | |
| _____/ | |

Pursuant to Civil Local Rule 3-12(c), the above-entitled matter is referred to the Hon. Jeffrey S. White for a determination whether it is related to Gschwend v. Markus, C-07-0838 JSW.

**IT IS SO ORDERED.**

Dated: July 17, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge