IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE MARY-ANN GSCHWEND,

    Debtor/Appellant,

No. C 12-02057 JSW
Bankr. Case No 06-41635

**ORDER TO SHOW CAUSE**

    Debtor/Appellant Mary-Ann Gschwend ("Gschwend") has not yet paid the filing fee to the Bankruptcy Court for her appeal. Therefore, the Court HEREBY ORDERS Gschwend to Show Cause why her appeal should not be dismissed for failure to pay the required filing fee. Gschwend shall respond to this Order in writing by no later than August 8, 2012. Gschwend is admonished that her failure to respond in writing by this date shall result in her appeal being dismissed without further notice.

    **IT IS SO ORDERED.**

Dated: July 30, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MARY GSCHWEND,<br><br>DEBTOR /APPELLANT<br>_____/ | Case Number: CV12-02057 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 30, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mary-Ann Gschwend
4402 Marsh Elder Court
Concord, CA 94521

Dated: July 30, 2012

Richard W. Winking, Clerk
By: Jennifer Ottolini, Deputy Clerk